05-15-00272-CV

ACCEPTED
FILED
3/4/2015 9:03:04 AM
3/4/2015 9:03:04 AM
FIFTH COURT OF APPEALS
Kelly Ashmore
DALLAS, TEXAS
District Clerk
3/10/2015 9:42:10 AM
Grayson County
LISA MATZ
CLERK

CAUSE NO. CV-12-0093

| | | |
|---|---|---|
| GREGORY S. MENTA, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | 59TH JUDICIAL DISTRICT |
| SAVE PHACE, INC.; SAVE PHACE | § | |
| SAFETY PRODUCTS, INC.; TTAC, INC.; | § | |
| JSAJ, LLC; STACI WRIGHT AND | § | |
| JERRY DEAN WRIGHT, | § | |
| | § | |
| Defendants. | § | GRAYSON COUNTY, TEXAS |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/10/2015 9:42:10 AM
LISA MATZ
Clerk

**NOTICE OF APPEAL**

Jerry Wright and Staci Wright desire to appeal from the judgment in *Gregory S. Menta, Plaintiff, v. Save Phace, Inc., Save Phace Safety Products, Inc., TTAC, Inc. JSAJ, LLC, Staci Wright and Jerry Dean Wright, Defendants*, Cause No. CV-12-0093, rendered on February 4, 2015, by the Judge of the 59th Judicial District Court of Grayson County, Texas.  This appeal is taken to the 5th Court of Appeals.

Respectfully submitted,

SIEBMAN, BURG, PHILLIPS & SMITH, LLP

By: /s/ Bryan H. Burg
      Bryan H. Burg

Bryan H. Burg
Texas Bar No. 03374500
SIEBMAN, BURG, PHILLIPS & SMITH LLP
4949 Hedgcoxe Rd., Suite 230
Plano, Texas 75024
(214) 387-9100 – Telephone
(214) 387-9125 – Fax
bryanburg@siebman.com
COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served on all counsel of record listed below by email and certified mail, return receipt requested, on the 4th day of March, 2015.

Donald H. Kidd
Perdue, Kidd & Vickery
510 Bering Dr., Suite 550
Houston, Texas 77057
dkidd@perdueandkidd.com

J. Don Gordon
Hynds & Gordon, PC
500 N. Sam Rayburn, Suite 200
Sherman, Texas 75090
don@hyndsgordon.com

Gordon G. Waggett
Gordon G. Waggett, P.C.
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
gordon@waggettlaw.com

Michael H. Myers
Curtis | Castillo PC
Bank of America Plaza
901 Main Street
Suite 6515
Dallas, Texas 75202
mmyers@curtislaw.net

/s/ Bryan H. Burg
Bryan H. Burg